# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ YOUABIAN,<br>    Petitioner,<br><br>            v.<br><br>WARDEN BIRKHOLZ,<br>    Respondent. | 2:25-cv-07775-DSF<br><br>JUDGMENT |

    The Court having denied Petitioner's petition for a writ of habeas corpus,

    IT IS ORDERED AND ADJUDGED that the petition be denied and the writ not issue.

Date: October 17, 2025

_____
Dale S. Fischer
United States District Judge